JACKSON, ex. dem. COLDEN and others, against PAUL.

To warrant    THE declaration contained 8 counts, and the last set forth
one's   being a demise from 18 persons, none of whom, (as the tenant stated
made a lessor
in ejectment, in his affidavit,) he was informed and believed, pretend to
he must have
a claim to a  claim any title to the premises in question. On this affisubsisting title davit,
or interest in
the premises.
It  is  not
enough that it   L. Ford, moved to strike out the 8th demise. He cited
may  be  a  Jackson v. Sclover, (10 John. 368,) and Jackson v. Rich-
question    on
the trial whe- mond, (4 John. Rep. 483.)
ther the legal
title is not ves-
ted in him.    J. O. Morse, contra, read the affidavit of the attorney for
the plaintiff, which stated that it might be a question on the trial, whether the legal title of part of the premises is not vested in the lessors named in the 8th demise.

Curia. This is not enough to warrant us in retaining that demise. The lessors must have a claim to a subsisting title or interest in the premises. The affidavit on the part of the plaintiff does not show this. Jackson v. Richmond, cited by

the counsel for the defendant, is decisive in favor of the application.

Rule granted.